# Item C



**UNITED STATES MERCHANT MARINE ACADEMY**
ACADEMIC CENTER FOR EXCELLENCE
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-1699

February 12, 2020

TO: Commander Patrick Keane, USMS, Director of Leadership and Ethics
FROM: Commander Paul D. Acquaro, USMS, Director of the Academic Center for Excellence
REF: Notification of Communication with MIDN 1/c Noah Cavender

Commander Keane,

I am writing with regard to the exchange and communication I had with MIDN 1/c Cavender on 1/6/2020. MIDN Cavender visited my officer to discuss that he was dealing with what appeared to be an a honor violation. To support the student, I looked at my desk copy of the Honor Manual but it was unfortunately from 2015. I looked on the USMMA intranet and view the online manual wat the following link: https://intranet.usmma.edu/SuperIntendent/AcademyOperations/_layouts/15/WopiFrame.aspx?sourcedoc={BA85CEB8-0C34-4516-9A11-F9BA843FD7BD}&file=Honor%20Manual.pdf&action=default.

The manual said 2015 but had edits in the properties dated 4/21/2016. I only spoke to the student about the manual on the aforementioned path because I did not notice the other paths and documents that the students were made aware of in either email or via the direct Honor Board link.

Respectfully,

*Paul O. Acquaro*

Paul D. Acquaro, USN (ret.)
Commander, USMS
Director Academic Center for Excellence
United States Merchant Marine Academy
516-726-5961