# Item D

↩ Reply all | ⌄    🗑 Delete    Junk | ⌄    •••    ✕

# Re: Honor Board Procedures

 **2020Erickson, Jake**   ↩ Reply all | ⌄
Tue 1/14/2020 8:58 PM
To: 2020Cavender, Noah ⌃

Inbox

You forwarded this message on 2/12/2020 8:52 AM

Good evening,

The 2017 version is authoritative for now. By the time of your hearing, the only change that will be effecting you will be 5 voting members of the honor board as opposed to a jury. No changes to investigation process. If the changes are not approved by your hearing, CDR Keane will ask you to sign the form acknowledging the procedural changes.

Very Respectfully,
MIDN LCDR Jake Erickson 1/C
United States Merchant Marine Academy
Regimental Honor Board Chairman
Class of 2020
315-956-3969

---

**From:** 2020Cavender, Noah
**Sent:** Tuesday, January 14, 2020 3:36:30 PM
**To:** 2020Erickson, Jake
**Subject:** Honor Board Procedures

M/N Erickson

    I am requesting a copy of the honor manual that is currently being used to conduct proceedings and investigations as I believe there to be some miscommunications and inconsistencies with my understanding and follow-through. You told me that there are several different versions that have been updated and edited but not shared with the entire regiment. I need to be fully aware of my rights and the process as stated in the official Honor Manual so as to ensure the integrity and transparency of the process. Thank you for your assistance with this matter.

Very Respectfully,
M/N Noah Cavender, 1/C
3rd Company 2020