# Item F

February 12, 2020

I, Midshipman Noah Cavender, appeal the Honor Board decision dated February 10, 2020. The basis for my appeal is detailed in the e below document.

**From:** 2020Erickson, Jake <Jake.Erickson.2020@midshipman.usmma.edu>
**Sent:** Tuesday, January 14, 2020 8:59 PM
**To:** 2020Cavender, Noah <Noah.Cavender.2020@midshipman.usmma.edu>
**Subject:** Re: Honor Board Procedures

Good evening,

The 2017 version is authoritative for now. By the time of your hearing, the only change that will be effecting you will be 5 voting members of the honor board as opposed to a jury. No changes to investigation process. If the changes are not approved by your hearing, CDR Keane will ask you to sign the form acknowledging the procedural changes.

Very Respectfully,
MIDN LCDR Jake Erickson 1/C
United States Merchant Marine Academy
Regimental Honor Board Chairman
Class of 2020

Midshipman Noah Cavender received the above e-mail dated Tuesday, January 14, 2020 from Midshipman Jake Erickson, Regimental Honor Board Chairman, informing him that "The 2017 version is authoritative for now."

Honor Manual 2017
Chapter 3
Section 302
    A. Initial Investigation of the Accused
    B. Formal Investigation

The entire process was not followed. Some examples includes;

Paragraph 1: "The Initial Investigation Interview is the first step in the investigation of a formal report of an honor violation. It commences when the RHBVCI completes and delivers, in person, as soon as possible, Form HB-2 entitled "Notification of the Accused' (Appendix B) to the accused Midshipman. This Notification shall include the following enclosures: (1) The Rights pf the Midshipman Accused of an Honor Violation Notice; and (2) Advisor selection."

Midshipman Cavender did not receive Form HB-2 in person from the RHBVCI but rather was told by the RHBC to come to his room and sign the forms in the below e-mail.

**From:** 2020Witherow, Wayne <Wayne.Witherow.2020@midshipman.usmma.edu>
**Sent:** Thursday, December 19, 2019 11:43 AM
**To:** 2020Cavender, Noah <Noah.Cavender.2020@midshipman.usmma.edu>
**Cc:** 2020Erickson, Jake <Jake.Erickson.2020@midshipman.usmma.edu>; 2020Thompson, Alexander <Alexander.Thompson.2020@midshipman.usmma.edu>
**Subject:** Honor Board Investigation

MIDN Noah Cavender 1/C,

I MIDN LT. Wayne Witherow 1/C have been assigned as the investigating officer for your alleged honor violation. The purpose of this investigation is to uncover all facts, interview all parties, and collect any relevant documents that are related to this alleged violation. I will need you to come to room 2312 flight deck of Second Company today between 1600 – 1730 or 1830 – 1930 to come and collect your HB-2 forms along with an interview to determine the events of the case.

If those times do not work please email me identifying times that do.

Very Respectfully,

MIDN LT. Wayne Witherow 1/C
2nd Company 2020A
Regimental Honorboard Investigations Officer

Paragraph 2: "The RHBVCI will schedule the Initial Investigation Interview within five days of the delivering of the Notification of the Accused. HB-2"

Midshipman Cavender signed Form HB-2 on Thursday, December 19, 2019. Midshipman Cavender also sign a form on Friday, December 20, 2019 stating that the interview process would resume when Winter Break concluded on Sunday, January 6, 2020. Midshipman Cavender was interviewed in Wednesday, January 16, 2020. This was nine days after school resumed and not the required 5 days.

Honor Manual 2017
Chapter 3
Section 303B
Paragraph 4: "The jurors shall be selected using the random number generator function in the Microsoft Excel application. A complete list of all Midshipmen onboard at the Academy shall be obtained from the Office of Midshipmen Personnel. All members of the Accused's company, academic section, and varsity athletic team shall have their names removed from the list. Any Midshipmen currently serving restriction shall also have their names removed from the list. Current lists of these names shall

be obtained from the Company Commander, Academic Dean, Director of Athletics, and Commandant's Office."

Midshipman Liam Connors, Regimental Honor Board Member, was a voting member at Midshipman Cavender's Honor Board hearing. Although M/N Connors is not technically assigned to 3rd Company, as is M/N Cavender, M/N Connors resides in Cleveland Hall (3rd Company) in a room on the same deck as M/N Cavender. M/N Connors does not reside in Rogers Hall (Band Company) as is recommended for Regimental Officers. Both Midshipmen have been in 3rd Company since July 2017 and are familiar with each other. Their relationship has been adversarial as they have had several negative encounters over the past years. Based on this information it is highly suspect that M/N Connors could keep a fair and impartial opinion of Midshipman Cavender.

Honor Manual 2017
Chapter 3
Section 303B; paragraph 8

"Prior to the Formal Hearing, the Accused shall be presented with a roster of the voting members. If the Accused feels that one or more of these representatives may be prejudiced in the case, he or she may challenge the selection and request another Midshipman be appointed to the Board. The Accused must explain his or her reason for the challenge. The Presiding Officer will make the final decision whether to replace the challenged board member when the final selection is made. After the Accused has approved the list, he or he will sign the list to document approval.

The accused was not presented with a roster of voting members prior to the Formal Hearing.

Midshipman Cavender has a statement from CDR Acquaro regarding the initial phase/notification of the alleged honor violation. LT Jaeger was unable to provide a statement. Midshipman Cavender did not have access to Honor Board Manual 2017; the only available manual on the Academy's intranet that was available was the 2015 version. The first time that M/N Cavender was able to access the 2017 Manual through the intranet was Thursday, January 9, 2020